United States District Court
19th Judicial Circuit Court in Illinois

**FILED**

RECEIVED
2021 NOV 8 PM 5:30

NOV 09 2021
11-09-21 DB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The State Commission LLP
Yehin Kim

)
) CLERK
) U.S. DISTRICT COURT
)
) Case no:
)
)

V. BOARD OF GOVERNERS OR

"EFFECTIVELY" United States Postal Service (USPS)
- LOUIS DEJOY          - ANTON G. HAJJAR
- ROBERT M. DUNCAN     - RONALD A. STROMAN
- JOHN M. BARGER       - DONALD L. MOAK
- ROMAN MARTINEZ IV    - AMBER F. MCREYNOLDS
- RON A. BLOOM         - WILLIAM D. ZOLLARS
- DOUGLAS TOULINO

1:21-cv-05997
Judge Charles R. Norgle, Sr
Magistrate Judge Jeffrey Cole
RANDOM

**Complaint - RICO Case**

On 08/12/2021, the Plaintiff Yehin Kim placed an order **totaling $20,800,344.03** from Made in USA, a business affiliate of the U.S. Bureau of Engraving and Printing, for a real cash currency in **$100 USD bills of $21,050,000** (see blurred page containing contents of package). The package of $21,050,000 of $100 USD legally tendered assets got stolen and redirected via racketeering by defendant USPS to two different, intentionally hidden locations to defraud the original recipient of the package and the cash currency. The defendant, USPS board of governors, and effectively "USPS" violated 18 U.S.C. §§ 1961–1968 RICO, Racketeer Influenced and Corrupt Organizations Act, through racketeering activities of internal mail fraud, wire fraud, grand larceny/theft, and obscene deceptive practice to scheme or defraud. Based on the materials of facts and evidence (see attached affidavits) - and all efforts placed by plaintiff and others to seek its relevant answers, the **United States Postal Service** (USPS), having revenue gains of $77 billion dollars annually, is responsible for $21,050,000 of USD bills per order/currency value (see pages 3 - 4), RICO statute punitive damages and full restitutions worth $25,000,000, and consequential treble damages **totaling $96,050,000 to the Plaintiff within 30 days of receipt of this served complaint.** Further penalties may be administered by the appointed Judge or Jury based on previous RICO case rulings and other related Federal laws if lawful restitution is not met. **The enterprise relation bears USPS and a Salem Church/Residential Complex, a money laundering front in which the package got redirected and sent to for extreme financial gains, and the victim or plaintiff of the complaint. A delay of payment of exact restitution and fines or by ignoring the civil complaint by defendants will be followed up under a criminal complaint on RICO issued against USPS board of governors based on RICO's Respondeat Superior, the legal doctrine that entities are responsible for their employee's conducts. Plaintiff gained mental anguish as a result of defendant's efforts to defraud and scheme, destroying business relations and established trade agreements.**

11/08/2021

Federal Truth Disclosure Bill - A Pre Complaint Form

The defendant USPS board of governors, who enforce and lead USPS are ultimately responsible for intentional and willful racketeering efforts of internal mail fraud, wire fraud, grand theft, and obscene deceptive practices upon Respondeat Superior, the legal doctrine that holds that entities are responsible for their employee's conducts. The defendants are to pay restitution, penalties, restorations, and fines of treble damages of $96,050,000 according to careful calculations done by underwriters to the plaintiff. $9,605,000 or 10% of the restitution or 10% of its settlement amount will be awarded and relieved to the Court's Judge and/or jury members who have drawn sharp and critical, yet peaceful legislative efforts to resolve this simple White Collar Crime/RICO case.

The USPS Board of governors will most likely blame the nature of this complaint, in refusal to acknowledge USPS' systematic efforts of racketeering to defraud and scheme, on a loss of its package pointing out that many packages get lost on a yearly if not daily basis, **consequently fooling an honest judge or jury.** Do not fall for it since evidence and witnesses have already provided that contradicts any defense or a defense claim of a "loss of" or "external theft" accusation-based claim of the package. Draw to page 7 USPS own informed delivery page reflecting package "dropped in/at a mailbox in Chicago IL." With intent to defraud package contents, there was no other information intentionally provided other than "at a mailbox." The truth is that the package containing $21,050,000 that was supposed to arrive at plaintiff's address, did not even arrive in a mailbox but at a hidden location per USPS intranet portal (see page 8, a classified file) at another residential complex 2825 W Mclean Ave Apt 253 Chicago, IL 60647. Respondeat Superior.

A USPS employee knew the package got intentionally redirected at the fault of USPS and its board of governors, and initially refused to provide affidavit page 8, and ultimately cut out the top and bottom portions of the page (see page 9 for clarity; a full photo of the form with the USPS employee taken) If USPS' racketeering efforts to defraud had been unintentional from a "loss or misleading of the package", the USPS informed delivery per system notice would have systematically reflected the actual destination address of where the package got sent to (2825 W Mclean Ave Apt 253 Chicago, IL 60647). However, this "classified" information was supposed to be made unknown with intent to defraud and scheme the grieved recipient. In any cause of defense, since USPS handled the package contents, they are responsible for at least $20,800,344.03 (see invoice page 3-4), and no other merchants and banks are responsible. FDIC only insures up to $250,000.

In conclusion, the USPS board of governors are charged with RICO where USPS have to pay restitution, penalties, and relief of aggregated amount $96,050,000; and 10% of it or its settlement amount to the Judge handling this case for investigative efforts met with professionalism by resolving it mutually upon hearing from both sides, and passing down appropriate legislative decisions by weighing on the evidence and facts disclosed. This pre complaint form has been passed down to the defendants based on the Federal Truth Disclosure Act. Please review the attached complaint and affidavits.

Pages 3-4 affidavits show order summary and USPS Shipping information: USPS Priority Mail (2 to 3 business days)

Shipping Summary:

Shipping from: Cinema Props LLC/Made in USA
Palisades Park, New Jersey US

Shipping to: Yehin Kim
71 Legacy Lane
Wheeling, IL 60090

&

Order Summary:
$50,000 Cash in $100 bills **bought for $49,500**
$100K x 21 ($2.1 million Real Cash 100 dollar bills) **bought for $20,750,500**
**USPS Tracking #: 9400109205568751935061 (the Honorable Judge or Jury may place focus on the tracking information via USPS informed delivery and compare them to affidavits 8-10 to witness the defendant's racketeering efforts to scheme, defraud, and steal)**

Pages 5-7 shows USPS Tracking History of the Tracking number and its related shipping Information from August 13th - August 17th:

Aug 13 to 14: USPS Shipping label and accepted at USPS Origin Facility (**USPS held responsible starting from its handling and acceptance at a USPS facility to fulfill package delivery**)

Page 7 shows: Aug 17; USPS Delivered In/At **Mailbox in Chicago, IL (Warning: This is important, the package and currency assets should have gone to 71 legacy lane, Wheeling IL 60090 reflected in page 3 affidavit bottom section. Defendant USPS, under leadership USPS Postmaster Louis Dejoy and its board of governors, intentionally hid the actual destination address having gone to a residential complex/Salem Church used to scheme and defraud per page 9 affidavit; witnessed from a publicly inaccessible file (USPS Tracking Intranet Portal) displaying package/millions of USD currency redirected to a private destination address: 2825 W Mclean Ave Apt 253 Chicago, IL 60647 (see page 8; USPS caught for internal mail and wire fraud).**

## Briefing

The United States Postal Service (USPS) is an independent agency of the federal government in such that the Selective Service System (SSS) is also an independent agency of the federal government - both entities cannot legally identify themselves as the government or a government agency/entity. They are both independent groups to the government but have a relation. The defendant USPS upon illegal inspection of the package saw the value of the property and committed systematic mail fraud, wire fraud, and theft by redirecting the package twice towards intentionally unspecified destinations, significantly depriving the victim or original recipient of the package containing $21,050,000. **The USPS informed notice of delivery of the tracking number #9400109295568751935061 "delivered in/at a mailbox in Chicago, IL 60647" (see page 7) speaks for itself.**



Women   Men   Home   Beauty   Collectibles   Handbags   Jewelry   Coupons   More ∨                                                     Shop By ∨

**Account Dashboard**

# Offers: Purchased

⌂ Purchases

🛒 Purchased

✉ Open Offers

📥 All Other

💬

⚙

👤 My Profile

🏅 Rewards

Sort & filter offers >

**Issue with your order?** If you've contacted the seller and can't work out a resolution, please use the "Report a problem" link at the bottom of the Order Summary. If you paid with PayPal and are based in the US, this will enable you to open a dispute with PayPal.

Your order for MADE_IN_USA
Order Number: 8490539 ·                                    Current status: Payment Complete         Permanently hide this transaction

| Items Purchased | Qty. | Your Price |
|---|---|---|
|  50,000$ REAL CASH | 1 | $49,500 |
|  FULL CASH 100K | 21 | $20,750,500 |

Sold by:



MADE_IN_USA

See feedback (84)
Member since 12/06/17
✉ Send them a message

Subtotal                     $20,800,250
Shipping                            FREE
Tax                                $94.03

**Order amount**

Re-order items

# $20,800,344.03

**Order Summary**

Buyer's phone number: Not provided
Payment type: **Stripe**
You left **negative** feedback on 09/26/21
Shipping speed: USPS Priority Mail (2 to 3 business days)
Shipped o
Tracking: 9400109205568751935061 View tracking information

Contact seller                                                       Report a problem

## Your order from CINEMA PROPS LLC / MADE IN USA



50,000$  $49,500

1 x FULL 100 Dollar Bills REAL CASH 100K  $20,750,500



21 x

Subtotal
Shipping (USPS Priority Mail (2 to 3 business days))  FREE
Tax  $94.03
Payment type
Total  $20,800,344.03

**Shipping from:**
CINEMA PROPS LLC / MADE IN USA
Palisades Park, New Jersey
US

**Shipping to:**
Yehin Kim
71 Legacy Lane
Wheeling, IL 60090

4

August 16, 2021, 1:53 am
Arrived at USPS Regional Facility
CHICAGO IL DISTRIBUTION CENTER

August 16, 2021, 12:49 am
Departed USPS Regional Facility
CHICAGO IL LOGISTICS CENTER

August 15, 2021, 10:10 pm
Arrived at USPS Regional Facility
CHICAGO IL LOGISTICS CENTER

August 15, 2021, 3:12 am
Departed USPS Regional Facility
KEARNY NJ DISTRIBUTION CENTER

August 14, 2021, 9:29 pm
Arrived at USPS Regional Origin Facility
KEARNY NJ DISTRIBUTION CENTER

August 14, 2021, 8:14 pm
Accepted at USPS Origin Facility
PALISADES PARK, NJ 07650

August 13, 2021, 12:39 am
Shipping Label Created, USPS Awaiting Item
PALISADES PARK, NJ 07650

USPS Tracking Plus™



## ✓ Delivered, In/At Mailbox    5

August 17, 2021 at 1:59 pm
CHICAGO, IL 60647

Get Updates ⌄

---

Text & Email Updates                              ⌄

---

Tracking History                                  ⌃

**August 17, 2021, 1:59 pm**
Delivered, In/At Mailbox
CHICAGO, IL 60647
Your item was delivered in or at the mailbox at 1:59 pm on August 17, 2021 in CHICAGO, IL 60647.

**August 17, 2021, 9:03 am**
Out for Delivery
CHICAGO, IL 60647

**August 17, 2021, 8:52 am**
Arrived at Post Office
CHICAGO, IL 60647

**August 17, 2021, 3:20 am**
Departed USPS Regional Facility
CHICAGO IL DISTRIBUTION CENTER



6

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:**
9400109205568751935061

Your item was delivered in or at the mailbox at 1:59 pm on August 17, 2021 in CHICAGO, IL 60647.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, In/At Mailbox

August 17, 2021 at 1:59 pm
CHICAGO, IL 60647

Get Updates ⌄

Text & Email Updates ⌄



On 11/02 a USPS worker/witness observed that the package got intentionally redirected at the fault of USPS where the property got intentionally dropped off at Destination address: 2825 W Mclean Ave APT 253 Chicago, IL 60647-9369 (see pages 8 and 9), misleading the supposed recipient of the package "delivered in/at Mailbox in Chicago, IL on 8/27) The employee/witness of USPS, whose identity will not be disclosed unless the Courts need to issue a subpoena to any USPS employees, **had to immediately cut out portions of the USPS Intranet Tracking Form after quickly realizing USPS was responsible for the intentional redirection of the package** containing $21,050,000 USD dollars. The United States Postal Service (USPS) then shipped it to another unidentified location in an unspecified area in Logan Square from 10/29 to present (see page 10).

The defendant USPS under the direction and financially responsible actors and board of governors, can play a futile defense to blame one of their employees for the **systematic** act of racketeering, intentional misdirections of the package and value of currency, its theft, and wire fraud of the property. **However, facts and evidence bears that USPS, having committed systematic and separate acts of racketeering by resending the destination of package to Logan Square after 2 months of delivery status in mailbox Chicago IL" or rather at the Residential Complex in Chicago, IL) using their own internal Postal Service System indicates no merchants or financial institutions can be blamed. Rested on RICO statutes and Federal law, the USPS board of governors bears full responsibility. Its responsibility under civil law remains to be restitution, fines, penalties, and other injunctions of treble damages totaling $96,050,000 to the plaintiff and parties of concern**.

Out of transparency and not to harm or share an intent to harm, If the USPS board of governors or effectively "USPS" delays payment of full restitution and penalties to the plaintiff, then consequently based on the matters of evidence and other witnesses, the plaintiff will have to file racketeering and/or other related charges under criminal complaints where penalties include countless years in federal prison along with restitution.

Plaintiff's Bank Account Information below for $96,050,000 to be made immediately and within 30 days of receipt of the served complaint:

Routing #: 071921891
Account #: 4696418162

Checks, money orders, or property/lands can also be issued and delivered to Plaintiff Yehin Kim at 71 Legacy Lane, Wheeling IL 60090 upon ruling in favor by the Judge or under Jury Trial.

8

# USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 9400 1092 0556 8751 9350 61

## Destination and Origin

### Destination

| ZIP Code | City | State |
|---|---|---|
| 606479369 | CHICAGO | IL |

### Origin

| ZIP Code | City | State |
|---|---|---|
| 07650 | PALISADES PARK | NJ |

## Tracking Number Classification

### Class/Service

Class/Service: First-Class Package Service
Class of Mail Code/Description: FC / First Class

### Destination Address Information

Address: 2825 W MCLEAN AVE APT 253
City: CHICAGO
State: IL
5-Digit ZIP Code: 60647
4-Digit ZIP Code add on: 9369
Delivery Point Code: 53
Record Type Code: Building/Apartment
Delivery Type: Residential, Central

### Origin / Return / Pickup Address Information

Address: 201 12TH ST APT 25
City: PALISADES PARK
State: NJ
5-Digit ZIP Code: 07650
4-Digit ZIP Code add on: 2064





DELIVERED IN/AT MAILBOX